IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| ARTHUR LEE DULANEY, Plaintiff, v. SALT LAKE COUNTY SHERIFF'S DEP'T et al. Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:18-CV-544-TS<br><br>District Judge Ted Stewart |
|---|---|

Starting on October 4, 2018, the Court has ordered Plaintiff three times to within thirty days submit a signed form consenting to incremental collection of his filing fee from his inmate account. (Doc. Nos. 11, 14, & 18.) Plaintiff has not done so.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 4th day of April, 2019.

BY THE COURT:

TED STEWART
United States District Judge